IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Fathers & Daughters Nevada, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOES 1-13, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in DC8F,<br><br>*Defendants.* | Case No.   4:16-cv-1968 |

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFF FATHERS & DAUGHTERS NEVADA, LLC

Gary J. Fischman, an attorney at Fischman Law PLLC, hereby files his Notice of Appearance as Counsel on behalf of Plaintiff Fathers & Daughters Nevada, LLC.

Dated:   July 5, 2016

Respectfully submitted,
  s/Gary J. Fischman/
Gary J. Fischman
  Tex. State Bar No. 787469
  S.D. Tex. Bar No. 17126
  FISCHMAN LAW PLLC
  710 N. Post Oak Rd. Suite 105
  Houston, TX 77024–3808
  Tel: 713.900.4924
  fischman@fischmaniplaw.com

Attorney for Plaintiff,
Fathers & Daughters Nevada, LLC