Case 4:16-cv-01968   Document 27   Filed in TXSD on 11/03/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Father & Daughters Nevada, LLC, | § § § § | |
| *Plaintiff*, | § | |
| v. | § | Case No.   4:16-cv-01968 |
| Does 1–13, anonymous users participating in file-sharing swarm identified by hash ending in DC8F, | § § § § § | |
| *Defendants*. | § § | |

## ORDER OF DISMISSAL

Having considered Plaintiff Father & Daughters Nevada, LLC's, NOTICE OF DISMISSAL OF DEFENDANT DOE 9 WITHOUT PREJUDICE, the Court HEREBY DISMISSES WITHOUT PREJUDICE Doe 9 associated with IP address 98.196.153.63 with respect to all claims and causes of action in this litigation asserted against Doe 9.  Each party is to bear its own cost.

DONE AND ORDERED this  3rd   day of  November            , 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

1